FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 2:45 pm, Oct 29, 2020

AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEREMY TOMMY BROCK,

                                                         JUDGMENT IN A CIVIL CASE

            V.                                            CASE NUMBER: 5:20-cv-97

JEFF COLEMAN, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on October 28, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's Complaint is DISMISSED without prejudice. Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

October 29, 2020                               John E. Triplett, Acting Clerk
Date                                                 Clerk

                                                                   (By) Deputy Clerk

GAS Rev 10/2020